*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 17-BG-1252

IN RE CYRUS A. BISCHOFF

**2017 DDN 270**

An Inactive Member of the Bar of the
District of Columbia Court of Appeals.

Bar Registration No.   983732

BEFORE:  Beckwith, Associate Judge, and Washington and Farrell, Senior Judges.

### O R D E R
(FILED – January 25, 2018)

On consideration of the certified orders of the Supreme Court of Florida suspending respondent from the practice of law in the state of Florida for a consecutive period of two years, this court's November 14, 2017, order suspending respondent pending further action of the court and directing him to show cause why the functionally-equivalent reciprocal discipline of a two-year suspension with a fitness requirement should not be imposed, the statement of Disciplinary Counsel regarding reciprocal discipline and letter that respondent's filed affidavit does not comply with the requirements of D.C. Bar R. XI,  §14 (g), and it appearing that respondent failed to file a response to the court's show cause order and that the affidavit filed on January 11, 2018, does not meet the requirements of D.C. Bar R. XI,  §14 (g), it is

ORDERED that Cyrus A. Bischoff is hereby suspended from the practice of law in the District of Columbia for a period of two years with reinstatement contingent on a showing of fitness.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).  It is

**No. 17-BG-1252**


FURTHER ORDERED that for purposes of reinstatement respondent's period of suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14 (g).


**PER CURIAM**